UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| Hassan Crawford | ) | |
| Plaintiff, | ) | Case# 1:11-cv-03455-ELH |
| | ) | |
| | ) | MOTION TO DISMISS |
| Vs. | ) | |
| | ) | |
| AFNI, INC. | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, acting on his own behalf, hereby moves this Honorable Court to enter an Order to Dismiss Plaintiff's complaint and offers in support the following:

1. On November 29, 2011, Plaintiff filed a complaint against AFNI, INC. for several violations of the Fair Debt Collections Practices Act and Fair Credit Reporting Act.
2. Plaintiff has reached a settlement agreement with Defendant.

**WHEREFORE,** respectfully requests that the court enter an Order dismissing the action assessing costs and fees to Defendant.

By: *Hassan Crawford*
Hassan Crawford
c/o 4932 Old Court Road
Baltimore, Maryland  zip code exempt (dmm 122.32)
Non-domestic
(443)229-7367

Dated: January 27, 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| Hassan Crawford | ) | |
| Plaintiff, | ) | Case# 1:11-cv-03455-ELH |
| | ) | |
| | ) | MOTION TO DISMISS |
| Vs. | ) | |
| | ) | |
| AFNI, INC. | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, acting on his own behalf, hereby moves this Honorable Court to enter an Order to Dismiss "Wiithout Prejudice" Plaintiff's complaint and offers in support the following:

1. On November 29, 2011, Plaintiff filed a complaint against AFNI, INC. for several violations of the Fair Debt Collections Practices Act and Fair Credit Reporting Act.
2. Plaintiff has reached a settlement agreement with Defendant.

**WHEREFORE,** respectfully requests that the court enter an Order dismissing the action assessing costs and fees to Defendant.

_____
JUDGE ELLEN L. HOLLANDER

Dated:_____